UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph W. Surette,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-11012-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 68.2, the parties hereby stipulate to the dismissal of this action, with prejudice and without an award of costs or attorneys' fees to either party.

Respectfully submitted,

| | |
|---|---|
| **JOSEPH W. SURETTE,** | **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,** |
| By his attorney, | By its attorneys, |
| /s/ Josef C. Culik<br>Josef C. Culik (BBO #672665)<br>jculik@culiklaw.com<br>Kristen L. Thurbide (BBO #694840)<br>kthurbide@culiklaw.com<br>CULIK LAW PC<br>255 Franklin Street, 26th Floor<br>Boston, MA 02109<br>Tel.   (617) 830-1795 | /s/ Thomas J. O'Neill<br>Thomas J. O'Neill (BBO #559701)<br>tjoneill@daypitney.com<br>DAY PITNEY LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel.   (203) 977-7301<br><br>Melissa Bruynell Manesse (BBO #685766)<br>mmanesse@daypitney.com<br>DAY PITNEY LLP<br>One International Place<br>Boston, MA 02110<br>Tel.   (617) 345-4753 |

DATED:     December 26, 2017

98567288.1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2017.

      /s/ Melissa Bruynell Manesse
      Melissa Bruynell Manesse